# UNITED STATES COURT OF APPEALS
## FOR THE TENTH CIRCUIT
## OFFICE OF THE CLERK
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157

Elisabeth A. Shumaker
Clerk of Court

May 10, 2017

Chris Wolpert
Chief Deputy Clerk

Mr. Matthew Dykman
United States District Court for the District of New Mexico
Office of the Clerk
100 North Church Street, Suite 280
Las Cruces, NM 88001

Mr. Zachary R. Cormier
Mr. Sean Olivas
Keleher & McLeod
201 Third Street NW, Suite 1200
Albuquerque, NM 87103

Mr. John R. Tiwald
6121 Indian School Road NE, Suite 210
Albuquerque, NM 87110

**RE:    17-2051, Montoya, et al v. New Mexico Institute of Mining, et al**
Dist/Ag docket: 2:16-CV-00386-MCA-SMV

Dear Clerk and Counsel:

Please be advised that the court issued an order today dismissing this case.

In addition, please be advised that the mandate for this case has issued today. The clerk of
the originating court or agency shall file accordingly.

Please contact this office if you have questions.

Sincerely,

Elisabeth A. Shumaker
Clerk of the Court

EAS/at