FILED  
United States Court of Appeals  
Tenth Circuit  

UNITED STATES COURT OF APPEALS  

FOR THE TENTH CIRCUIT  
_____

May 10, 2017  

Elisabeth A. Shumaker  
Clerk of Court  

JENNIFER MONTOYA; JOHN C. MONTOYA,  

    Plaintiffs - Appellants,  

v.  

NEW MEXICO INSTITUTE OF MINING AND TECHNOLOGY BOARD OF REGENTS; LEONARD GARCIA,  

    Defendants - Appellees.  

No. 17-2051  
(D.C. No. 2:16-CV-00386-MCA-SMV)  
(D. N.M.)  

_____

**ORDER**  
_____

    This matter is before the court on the parties' *Stipulation of Dismissal*, which is construed as a motion for voluntary dismissal pursuant to Fed. R. App. P. 42(b).

    Upon consideration and as construed, the motion is granted. 10th Cir. R. 27.4(A)(9).

    A copy of this order shall stand as and for the mandate of the court.

    Entered for the Court  
    ELISABETH A. SHUMAKER, Clerk  

    by: Jane K. Castro  
        Counsel to the Clerk